**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No.**  26-CR-32-KHR |
| Plaintiff, | **1:18 pm, 3/18/26** |
| | **Margaret Botkins** |
| | **Clerk of Court** |
| | **Ct 1:** 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| v. | (Felon in Possession of Firearms and Ammunition) |
| **CAMERON JUSTIN AGEE,** | |
| | **Ct 2:** 18 U.S.C. §§ 922(j) and 924(a)(2) |
| Defendant. | (Possession of Stolen Firearm) |
| | Forfeiture Notice |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about July 3, 2025, in the District of Wyoming, the Defendant, **CAMERON JUSTIN AGEE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, namely, a Jennings J-22 .22 caliber pistol, a Walther P-22 .22 caliber pistol, and sixteen rounds of .22 caliber ammunition, and the firearms and ammunition were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about July 3, 2025, in the District of Wyoming, the Defendant, **CAMERON JUSTIN AGEE**, knowingly possessed a stolen firearm, namely, a Walther P-22 .22 caliber pistol, which had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) and 922(j) and 924(a)(2) as set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including but not limited to:

- a Jennings J-22 .22 caliber pistol,

- a Walther P-22 .22 caliber pistol, and

- sixteen rounds of .22 caliber ammunition

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

DARIN D. SMITH
United States Attorney

2

## PENALTY SUMMARY

**DEFENDANT NAME:**   CAMERON JUSTIN AGEE

**DATE:**   March 16, 2026

**INTERPRETER NEEDED:**   No

**VICTIM(S):**   No

**OFFENSE/PENALTIES:**

**Ct: 1   18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
(Felon in Possession of a Firearms and Ammunition)

0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**Ct: 2   18 U.S.C. §§ 922(j) and 924(a)(2)**
(Possession of Stolen Firearm)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**   0-25 Years Imprisonment
Up To $500,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:**   Cody Ruiz, ATF

**AUSA:**   Michael J. Elmore, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**   1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**   Yes

2

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**

Yes.  The Court should not grant bond as the Defendant is
not bondable.